IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 99–cv–01628–EWN–BNB

COLORADO VISIONARY ACADEMY,
a Colorado non-profit corporation,

    Plaintiff,

v.

MEDTRONIC, INC., a Minnesota corporation;
TOBIN REAL ESTATE COMPANY d/b/a
CRESA PARTNERS-MINNEAPOLIS/ST. PAUL,
a Minnesota corporation,

    Defendants.

**ORDER**

In reviewing the status report (#237) filed August 30, 2005, the court infers that counsel has signed a paper document, scanned the paper document, and filed the scanned product with the court. This is not in compliance with the court's ECF procedures, which contemplate that, when counsel create a document in a word processor (for example, a pleading or affidavit), the document will be converted or published to PDF format (not printed and scanned), "signed" with the "s/" symbol, and then filed with the court. The practice specified by the ECF procedures entails considerable advantages to everyone. It is therefore

ORDERED that counsel will review and follow the specified ECF procedures in future filings.

Dated this 1st day of September, 2005.

        BY THE COURT:

        s/Edward W. Nottingham  
        EDWARD W. NOTTINGHAM  
        United States District Judge