UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-1628-EWN-BNB

COLORADO VISIONARY ACADEMY, a Colorado non-profit corporation,

    Plaintiff,

v.

MEDTRONIC, INC., a Minnesota corporation; and
TOBIN REAL ESTATE COMPANY d/b/a
CRESA PARTNERS-MINNEAPOLIS/ST. PAUL, a Minnesota corporation,

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the Court upon the Stipulated Motion for Dismissal with Prejudice of Plaintiff, Colorado Visionary Academy, and Defendants, Medtronic, Inc. and Tobin Real Estate Company d/b/a CRESA Partners-Minneapolis/St. Paul, pursuant to Fed.R.Civ.P. 41(a)(2), for the dismissal, with prejudice, of all of Plaintiff's claims against Defendants (the "Stipulated Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Stipulated Motion is granted.

2

IT IS FURTHER ORDERED that all claims of Plaintiff against Defendants in the above-captioned Complaint and action be and hereby are DISMISSED, WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DONE AND ORDERED this 18th day of October, 2005.

BY THE COURT:


/s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
U.S. District Court Judge